AUSA: Robert Lulgjuraj Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jameria Caldwell, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Martrez Robinson

Case No. 26-mj-30705

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 28, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jameria Caldwell, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 6, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1. I, Jameria Caldwell, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**Introduction**

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. I have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, as a Special Agent since September 2015.

3. I completed the Criminal Investigator Training Program, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I received a bachelor's degree in criminal justice from Michigan State University. After obtaining my degree, I worked for the Lansing City Police Department as a civilian Detention Officer. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking, and organized criminal street gangs, and have utilized a variety of

investigative techniques and resources. While investigating these incidents, I have authored and executed a variety of search warrants. During these investigations, I have gained valuable experience on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, firearms and drug trafficking.

4. I am currently a Special Agent responsible for conducting investigations related to the illegal use and/or possession of firearms, armed drug trafficking, and organized crime investigations.

5. This affidavit is submitted in support of a criminal complaint charging Martrez ROBINSON with being a felon in possession of a firearm.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that ROBINSON knowingly possessed a firearm as a convicted felon on October 28, 2026, in violation of 18 U.S.C. § 922(g)(1). There is probable cause to believe that on October 28, 2026, ROBINSON knowingly possessed a firearm after having been convicted of felony offenses punishable by more than one year of imprisonment, in violation of 18 U.S.C. § 922(g)(1).

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## Summary of the Investigation

8. On October 28, 2026, members of the Detroit Police Department (DPD) were looking for Martrez ROBINSON to arrest him for outstanding felony warrants. While conducting surveillance at a motel in Detroit, Michigan, officers saw ROBINSON leave a motel room and get into the rear driver's side seat of a white 2022 Hyundai Kona. DPD officers stopped the vehicle near the intersection of Southfield Freeway and Hessel Avenue in Detroit.

9. During the stop, officers made contact with both occupants of the Hyundai: the driver, and ROBINSION, who was seated in the backseat behind the driver. Officers asked ROBINSON to step out of the car and temporarily detained him. After ROBINSON got out of the car, officers saw a handgun lying on the floorboard, tucked under the driver's seat in front of where ROBINSON was seated, within his reach. Officers recovered the black Taurus G2C 9mm pistol equipped with a laser/light attachment. The firearm was loaded with a magazine and one round in the chamber.

10. ROBINSON initially identified himself using an alias. After officers determined the identifying information he provided was false and confronted him, ROBINSON admitted his true identity. Officers placed ROBINSON under arrest. A query of the National Crime Information Center (NCIC) revealed that the black

Taurus G2C 9mm pistol was reported stolen in Columbus, Ohio, on March 14, 2024.

11. A review of ROBINSON's computerized criminal history and Third Circuit Court records revealed the following felony convictions and charges:

A. On or about August 16, 2000, ROBINSON was charged with unlawful driving away of an automobile, fleeing and eluding, and receiving and concealing stolen property in Wayne County's Third Circuit Court. On or about February 27, 2001, he pleaded guilty to fleeing and eluding and attempted receiving and concealing stolen property. ROBINSON was later sentenced to a 6-month to 5-year term of incarceration.

B. On or about October 5, 2000, ROBINSON was charged with two counts of delivery/manufacture of marijuana in Wayne County's Third Circuit Court. On or about February 27, 2001, he pleaded guilty to one count of delivery/manufacture of marijuana. ROBINSON was later sentenced to a 6-month to 4-year term of incarceration.

C. On or about February 9, 2014, ROBINSON was charged with controlled substance felonies in Wayne County's Third Circuit Court. On or about February 14, 2014, he pleaded guilty to one count

of delivery/manufacture of a controlled substance less than 50 grams. ROBINSON was later sentenced to a 6-month term of incarceration, followed by probation.

D. On or about August 6, 2017, ROBINSON was charged with possession of a controlled substance less than 25 grams in Wayne County's Third Circuit Court. On or about November 13, 2017, he pleaded guilty as charged. ROBINSON was later sentenced to two years of probation.

E. On or about October 12, 2024, ROBINSON was charged with resisting and obstructing police in Wayne County's Third Circuit Court. ROBINSON was released on a personal bond. He failed to appear for his preliminary exam, but his bond was reinstated. Trial was scheduled for August 18, 2025, but ROBINSON failed to appear. This case remains pending.

**Interstate Nexus**

12. On October 28, 2026, I consulted ATF Interstate Nexus Expert Special Agent Jimmie Pharr and provided a description of the Taurus G2C 9mm pistol. Based on the firearm description provided, Special Agent Pharr determined that the firearm was manufactured outside Michigan and therefore traveled in or affected interstate commerce.

**Conclusion**

13. Based on the foregoing, there is probable cause to believe that on October 28, 2026, Martrez ROBINSON knowingly possessed a firearm after having been convicted of offenses punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1). Accordingly, probable cause exists to issue a criminal complaint and arrest warrant for ROBINSON.

Respectfully submitted,

________________________________
Jameria Caldwell
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Elizabeth A. Stafford
HONORABLE ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: November 6, 2026